IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLOTTE BURNSED

                                                    PLAINTIFF

v.                     Case No. 4:14-cv-00578 JTK

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                     DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Motion to Dismiss, DE #17.  Counsel states that, subsequent to filing suit, Plaintiff elected not to pursue this matter further.

WHEREFORE, the Motion to Dismiss, DE #17, is GRANTED.  The case is hereby dismissed without prejudice.

SO ORDERED this 16th day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE