IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLOTTE BURNSED

                                                                 PLAINTIFF

v.                              Case No. 4:14-cv-00578 JTK

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                      DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, this matter is dismissed without prejudice.

SO ORDERED this 16th day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE